JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VIRINA STEEL, LLC, a Delaware Limited Liability Company,<br><br>              Plaintiff,<br>     v.<br><br>LEHIGH HANSON, INC., a Delaware corporation; LEHIGH HANSON MATERIALS LIMITED, a Canadian corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; NORFOLK SOUTHERN RAILWAY, a Virginia corporation; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-03461-**VAP-JPRx**<br><br>**ORDER GRANTING MOTION TO REMAND (Doc. No. 45)** |

The Court having reviewed the Plaintiff's Motion for Remand of this action to Superior Court of the State of California, in and for the County of Los Angeles, and good cause appearing therefor,

/ / /

/ / /

1

**ORDER REMANDING ACTION**

1   IT IS HEREBY ORDERED that this action is hereby remanded to the
2   Superior Court of the State of California, in and for the County of Los Angeles. The
3   Court hereby vacates the December 13, 2021 hearing.
4
5
6   Dated: December 3, 2021
7                                          *Virginia A. Phillips*
                                           Virginia A. Phillips
8                                          United States District Judge
9   cc: LASC, 21STCV06913